**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-7084**

---

MARSHALL DEWAYNE WILLIAMS,

                Petitioner - Appellant,

     v.

WARDEN,

                Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:16-cv-00548-MFU-RSB)

---

Submitted:  November 21, 2017                Decided:  November 28, 2017

---

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Marshall DeWayne Williams, Appellant Pro Se.  Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marshall DeWayne Williams, a federal prisoner, appeals the district court's order granting Respondent's summary judgment motion on Williams' 28 U.S.C. § 2241 (2012) petition, and denying Williams' summary judgment motion. We have reviewed the record and find no reversible error. Accordingly, we grant Williams' application to proceed in forma pauperis and affirm for the reasons stated by the district court. *See Williams v. Warden*, No. 7:16-cv-00548-MFU-RSB (W.D. Va. July 5, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*